# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 15-03151-KK**                                          Date: **June 26, 2015**

Title: Steven H. Gil v. S. Peery

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                           <u>None</u>
Deputy Clerk                     Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):         ATTORNEYS PRESENT FOR DEFENDANT(S):
None                                                                     None

**PROCEEDINGS:        (IN CHAMBERS)**

On June 1, 2015, the Court issued an Order Directing Petitioner to File Response Regarding Exhaustion, finding Claim Two of the instant Petition to be unexhausted.  (Dkt. 12).  In the Order, the Court offered Petitioner the option of voluntarily dismissing Claim Two.  (<u>Id.</u>).  On June 22, 2015, the Court received a "Notice of Dismissal" from Petitioner, voluntarily dismissing Claim Two.  (Dkt. 15).  However, the Notice of Dismissal is unsigned and is not dated.  Petitioner is instructed that if he wishes to voluntarily dismiss Claim Two, he must file a *signed and dated* Notice of Dismissal form **by July 10, 2015**.  For Petitioner's convenience, the Clerk of Court is instructed to attach a Notice of Dismissal form to this Order.

Initials of Deputy Clerk        dts

MINUTES FORM 11
CIVIL-GEN