JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN H. GIL, | ) | Case No. CV 15-03151-KK |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| S. PEERY, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 29, 2015

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE